E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
     Office of the General Counsel
     Office of Program Litigation
     Social Security Administration
     6401 Security Boulevard
     Baltimore, MD 21235
     Telephone: (510) 970-4861
     Facsimile: (415) 744-0134
     Email: Jennifer.Tarn@ssa.gov
Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MERCEDES OAXACA,<br><br>    Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:23-cv-00561-AFM<br><br>**[~~PROPOSED~~] JUDGMENT** |

-1-

1    The Court having approved the parties' stipulation to remand this case pursuant

2    to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that

3    stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for

4    Plaintiff.

5

6    DATED: 6/1/2023    _____

7                       HONORABLE JUDGE ALEXANDER F. MACKINNON

8                       UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28